██ ASHLEY B. JONES, Appellant, v ERIC R. SWEDE, Defendant, and DARRYLE R. SWEDE, Respondent. [51 NYS3d 469]—Mo-

tion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.